RECEIVED
NOV - 2 2004
JAMES BONINI, CLERK
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| The Ohio Democratic Party, <br><br> Plaintiff, <br><br> v. <br><br> J. KENNETH BLACKWELL, Secretary of State, in his official capacity, THE FRANKLIN COUNTY BOARD OF ELECTIONS, KNOX COUNTY BOARD OF ELECTIONS, <br><br> Defendants. | Cause No. **C2 04 1055** <br><br> **JUDGE MARBLEY** <br><br> **MAGISTRATE JUDGE KEMP** <br><br> ORDER <br><br> **FILED** <br> TIME:_____ <br><br> NOV 2 - 2004 <br><br> JAMES BONINI, Clerk <br> ~~COLUMBUS, OHIO~~ |

Accordingly, it is ORDERED that for the reasons stated in the plaintiffs motion for a temporary restraining order and memorandum in support thereof, the defendants, as well as their officers, agents, servants, employees, attorneys and those persons in active concert or participation with them who receive actual notice of the order whether by personal service or otherwise, are required to provide paper ballots or another mechanism to provide an adequate opportunity to vote. *The Court directs that the defendants shall keep the polls open for voters waiting in line at 7:30 p.m.* This Order shall expire by its terms on November 2, 2004 at the close of voting, unless good cause is shown why this period should be extended.

SO ORDERED:

*[signature]*

November 2, 2004

413696