**FILED**
NOV - 2 2004
**LEONARD GREEN, Clerk**

Nos. 04-4314 & 04-4315

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| OHIO DEMOCRATIC PARTY,<br>Plaintiff - Appellee<br><br>v.<br><br>J. KENNETH BLACKWELL, et al.<br>Defendants<br><br>FRANKLIN COUNTY BOARD OF ELECTIONS<br>Defendant - Appellant (No. 04-4314) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| OHIO DEMOCRATIC PARTY,<br>Plaintiff - Appellee<br><br>v.<br><br>J. KENNETH BLACKWELL,<br>Defendant - Appellant (No. 04-4315) | )<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Before: MOORE and GIBBONS, Circuit Judges, and EDMUNDS*, District Judge

For the reasons stated in the district court's order of November 2, 2004 and for the reasons stated in the plaintiffs' motion for a temporary restraining order and memorandum in support thereof, the Court denies the emergency motions for stay of the district court's order filed by defendants-appellants J. Kenneth Blackwell and the Franklin County Board of Elections.

Judge Gibbons would grant a stay.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk

*Hon. Nancy G. Edmunds, United States District Judge for the Eastern District of Michigan, sitting by designation.